No. 52311.—Wing Hop Co. et al. *v.* United States, protests 972085–G, etc. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and following the decisions cited, the merchandise in question was held dutiable as follows: (1) Kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342) at 1 cent per pound under paragraph 743 as oranges; (2) bak hop, lily bulbs (bak hop), lo hon qua, lotus nuts, sar sum, wai san kwok, wai san (stick), and yuk chok the same as the merchandise passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust Ct. 70, C. D. 372) were held entitled to free entry under paragraph 1669 as crude drugs; (3) sar sum pen, wai san pen, and yuk juk (tsuk) pen similar to the merchandise involved in *Oy Wo Tong Co.* v. *United States, supra,* at 10 percent ad valorem under paragraph 34 as drugs, advanced; and (4) fish in lard with beans similar to that the subject of Abstract 42516 at 20 percent under paragraph 1558 as nonenumerated manufactured articles.

No. 52312.—Song Kee & Co. *v.* United States, protests 993802–G and 996905–G (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and following the decisions cited, the merchandise in question was held dutiable as follows: (1) Kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342) at 1 cent per pound under paragraph 743 as oranges; and (2) articles in part of bamboo the same as those the subject of Abstract 50981 at 45 percent ad valorem under paragraph 409.

No. 52313.—Geo. S. Bush & Co., Inc. *v.* United States, protest 10290–K (Portland, Oreg.).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303), the claim at 10 percent under paragraph 1540 was sustained.